# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:

**ROBERT AND KAREN CAMASSE**

* Debtor(s)

Case Number: **5-18-02002**
Chapter: **13**

## CERTIFICATE OF MAILING

The undersigned employee in the office of:

Tullio DeLuca, Esquire

hereby certifies that a copy of the attached Notice and Motion to Suspend Trustee Payments was mailed today to all parties named on the mailing list attached hereto by regular first class mail.

DATED: July 12, 2021

SIGNED: *Lisa Manchak*

TITLE: /s/Legal Assistant

THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

IN RE: :
: CASE NO. 5-18-02002 HWV
ROBERT CAMASSE and :
KAREN CAMASSE : CHAPTER 13
    Debtor(s) :
*********************************************************************************

ROBERT CAMASSE and :
KAREN CAMASSE :
    MOVANT :
VS. :
Jack N. Zaharoupoulos :
    RESPONDENT :
*********************************************************************************

**NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST**
*********************************************************************************

    NOTICE OF OPPORTUNITY TO OBJECT AND HEARING: Pursuant to Local Rule 2002-1(a), the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection/response on or before August 2, 2021. If you object to the relief requested, you must file your objection/response with the Clerk of Court and serve a copy on the movant and movant's attorney, if one is designated.

    If you file and serve an objection/response within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

DATE   July 12, 2021                 Clerk, U.S. Bankruptcy Court
                                          197 South Main Street
Tullio DeLuca, Esquire              Wilkes-Barre, PA 18701
PA ID# 59887
Attorney for Debtors/Movants
381 N. 9th Avenue
Scranton, PA 18504

THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION
*****************************************************************************

| | |
|---|---|
| IN RE: : | |
| : | **CASE NO. 5-18-02002 HWV** |
| ROBERT CAMASSE and : | |
| KAREN CAMASSE : | **CHAPTER 13** |
| Debtor(s) : | |

*****************************************************************************

ROBERT CAMASSE and
KAREN CAMASSE
              MOVANT
              VS.
Jack N. Zaharopoulos
              RESPONDENT
*****************************************************************************

## MOTION TO SUSPEND TEMPORARILY TRUSTEE PAYMENTS
*****************************************************************************

AND NOW COMES, the Debtor, Karen Camasse, by and through her attorney, Tullio DeLuca, Esquire, and respectfully represents:

1. That the Debtors filed a Chapter 13 Petition on May 12, 2018.

2. That Debtor's Chapter 13 Plan provides for monthly payments of $656.00 to the Chapter 13 Trustee to pay attorney and Trustee fees and secured creditors.

3. Debtor, Robert Camasse, passed away, resulting in a temporary decrease in monthly income and increase in monthly expenses.

4. Therefore, Debtor is not in a position to make the Trustee payments until her immediate problem stabilizes and regains income to satisfy the Chapter 13 Plan.

5. In light of the above Debtor requests a Temporary Suspension of her Trustee payments for a period of three (3) months or earlier starting in the month of August 2021. If Debtor's immediate problem stabilizes, Debtor will commence Trustee payments sooner.

WHEREFORE, the Debtor respectfully requests that this Court enter an Order allowing for a suspension of Trustee's monthly payments for a period of at least three (3) months and directing the Debtor to commence making monthly payments sooner if Debtor's immediate problem stabilizes.

Respectfully submitted,

Dated: July 9, 2021

/s/Tullio DeLuca
Tullio DeLuca, Esquire
PA ID # 59887
381 N. 9th Avenue
Scranton, Pa 18504
(570) 347-7764
Attorney for Debtor

THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

****************************************************************************

IN RE: :
: **CASE NO. 5-18-02002 HWV**
ROBERT CAMASSE and :
KAREN CAMASSE : **CHAPTER 13**
       Debtor(s) :

****************************************************************************

ROBERT CAMASSE and :
KAREN CAMASSE :
       MOVANT :
  VS. :
Jack N. Zaharopoulos :
       RESPONDENT :

****************************************************************************

## ORDER

****************************************************************************

After notice and service to creditors and parties in interest under FRBP 9013 and upon consideration of the Debtor's Motion to Suspend Temporarily Trustee Payments, it is hereby **ORDERED, ADJUDGED AND DECREED** by this Honorable Court that the Debtor's Motion to Suspend Temporarily Trustee Payments is granted and the Debtor is allowed to suspend payments to the Chapter 13 Trustee for a period of three (3) months from August 2021 through October 2021 due to loss of income and it is further ordered that if the Debtor return to gainful employment prior to the three (3) month period, Debtor is ordered to commence making monthly payments to the Chapter 13 Trustee.

Barclays
Card Services
P.O. Box 8802
Wilmington, DE 19899-8802

Citibank, N.A.
701 East 60th Street North
Sioux Falls, SD 57104-0493

Citicards
Box 6500
Sioux Falls, SD 57117-6500

Comenity Bank/Bon Ton
Bankruptcy Dept.
P.O. Box 182125
Columbus, OH 43218-2125

Department Stores National Bank
c/o Quantum3 Group LLC
PO Box 657
Kirkland, WA 98083-0657

Freedom Mortgage
PO Box 50428
Indianapolis, IN 46250-0401

Freedom Mortgage Corporatio
10500 Kincaid Drive
Fishers, IN 46037-9764

Freedom Mortgage Corporation
Bankruptcy Department
10500 Kincaid Drive
Suite 300
Fishers, IN 46037-9764

Freedom Mortgage Corporation
McCALLA RAYMER LEIBERT PIERCE, LLC
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA 30076-2102

FREEDOM FINANCIAL ASSET MANAGEMENT LLC
ATTN BANKRUPTCY DEPARTMENT  PO BOX 2340
PHOENIX AZ 85002-2340

DSNB MACY'S
CITIBANK
1000 TECHNOLOGY DRIVE MS 777
FALLON MO 63368-2222

Brian Nicholas
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

Jack N Zaharopoulos
ATTN Chapter 13 Trustee
8125 Adams Drive Suite A
Hummelstown, PA 17036

James Warmrodt
701 Market Street Suite 5000
Philadelphia, PA 19106

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

Thomas Song
3637 Sentara Way
Virginia Beach, VA 23452

Toyota Lease Trust
c/o Toyota Motor Credit Corp
PO Box 9013
Addison, Texas 75001

Toyota Motor Credit Corp
PO Box 8026
Cedar Rapids, IA 52408

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083

Portfolio Recovery Associates LLC
PO Box 41067
Norfolk, VA 23541

Rebecca Ann Solarz
KML Law Group, P.C.
701 Market St
Suite 500
Philadelphia, PA 19106

Synchrony Bank/CareCredit
Attn: Bankruptcy Dept.
P.O. Box 965061
Orlando, FL 32896

Sherri Smith
Pincus Law Group, PLLC
425 RXR Plaza
Uniondale, NY 11556

PA Department of Revenue
Bankruptcy Division
P.O. Box 280946