United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Robert S. Camasse  
Karen Ann Camasse  
    Debtors

Case No. 18-02002-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2  
Date Rcvd: Aug 13, 2021     Form ID: pdf010     Total Noticed: 19

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert S. Camasse, Karen Ann Camasse, 13 Brandenberg Lane, Pittston, PA 18640-2103 |
| cr | + | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 5060421 | + | Barclays, Card Services, P.O. Box 8802, Wilmington, DE 19899-8802 |
| 5060424 | + | Freedom Mortgage, PO Box 50428, Indianapolis, IN 46250-0401 |
| 5178964 | + | Freedom Mortgage Corporation, c/o McCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 5085620 | + | Freedom Mortgage Corporation, Bankruptcy Department, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037-9764 |
| 5060427 | + | Law offices of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504-2005 |
| 5060431 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, Attn: Bankruptcy Dept., P.O. Box 8026, Cedar Rapids, IA 52408 |
| 5069164 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5081622 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 13 2021 18:56:06 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0493 |
| 5060422 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 13 2021 18:56:09 | Citicards, Box 6500, Sioux Falls, SD 57117-6500 |
| 5060423 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 13 2021 18:52:00 | Comenity Bank/Bon Ton, Bankruptcy Dept., P.O. Box 182125, Columbus, OH 43218-2125 |
| 5060428 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 13 2021 18:56:06 | Macy's, Attn: Bankruptcy Processing, PO Box 8053, Mason, OH 45040 |
| 5081621 | | Email/Text: bnc-quantum@quantum3group.com | Aug 13 2021 18:52:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 5060425 | | Email/Text: bk@freedomfinancialnetwork.com | Aug 13 2021 18:51:00 | Freedom Plus, 4940 S. Wendler Dr., Ste. 115, Tempe, AZ 85282 |
| 5080190 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 13 2021 18:56:11 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5060470 | + | Email/PDF: rmscedi@recoverycorp.com | Aug 13 2021 18:56:11 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5083528 | | Email/Text: bnc-quantum@quantum3group.com | Aug 13 2021 18:52:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5060430 | | Email/PDF: gecsedi@recoverycorp.com | Aug 13 2021 18:56:11 | Synchrony Bank/CareCredit, Attn: Bankruptcy Dept., P.O. Box 965061, Orlando, FL 32896-5060 |

TOTAL: 10

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5060426 | *+ | Karen Ann Camasse, 13 Brandenberg Lane, Pittston, PA 18640-2103 |
| 5060429 | *+ | Robert S. Camasse, 13 Brandenberg Lane, Pittston, PA 18640-2103 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2021　　　　　　　　　　　Signature:　　　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com |
| Sherri Smith | on behalf of Creditor Freedom Mortgage Corporation ssmith@pincuslaw.com |
| Thomas Song | on behalf of Creditor FREEDOM MORTGAGE CORPORATION tomysong0@gmail.com |
| Tullio DeLuca | on behalf of Debtor 2 Karen Ann Camasse tullio.deluca@verizon.net |
| Tullio DeLuca | on behalf of Debtor 1 Robert S. Camasse tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

```
*********************************************************************
IN RE:                                :
                                      :    CASE NO. 5-18-02002 MJC
ROBERT CAMASSE and                    :
KAREN CAMASSE                         :    CHAPTER 13
            Debtor(s)                 :
*********************************************************************
ROBERT CAMASSE and                    :
KAREN CAMASSE                         :
                MOVANT                 :
        VS.                           :
Jack N. Zaharopoulos                  :
                RESPONDENT            :
*********************************************************************
```

**ORDER**

After notice and service to creditors and parties in interest under FRBP 9013 and upon consideration of the Debtor's Motion to Suspend Temporarily Trustee Payments, it is hereby **ORDERED, ADJUDGED AND DECREED** by this Honorable Court that the Debtor's Motion to Suspend Temporarily Trustee Payments is granted and the Debtor is allowed to suspend payments to the Chapter 13 Trustee for a period of three (3) months from August 2021 through October 2021 due to loss of income and it is further ordered that if the Debtor returns to gainful employment prior to the three (3) month period, Debtor is ordered to commence making monthly payments to the Chapter 13 Trustee.

Dated: August 13, 2021                    By the Court,

                                          _____
                                          Mark J. Conway, Bankruptcy Judge (CN)