United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Robert S. Camasse  
Karen Ann Camasse  
    Debtors

Case No. 18-02002-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2  
Date Rcvd: Jan 12, 2022     Form ID: fnldecnd     Total Noticed: 19

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert S. Camasse, Karen Ann Camasse, 13 Brandenberg Lane, Pittston, PA 18640-2103 |
| cr | + | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 5060424 | + | Freedom Mortgage, PO Box 50428, Indianapolis, IN 46250-0401 |
| 5178964 | + | Freedom Mortgage Corporation, c/o McCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 5085620 | + | Freedom Mortgage Corporation, Bankruptcy Department, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037-9764 |
| 5060427 | + | Law offices of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504-2005 |
| 5069164 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5060421 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 12 2022 18:46:00 | Barclays, Card Services, P.O. Box 8802, Wilmington, DE 19899-8802 |
| 5081622 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 12 2022 18:50:16 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 5060422 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 12 2022 18:50:16 | Citicards, Box 6500, Sioux Falls, SD 57117-6500 |
| 5060423 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 12 2022 18:46:00 | Comenity Bank/Bon Ton, Bankruptcy Dept., P.O. Box 182125, Columbus, OH 43218-2125 |
| 5060428 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 12 2022 18:50:16 | Macy's, Attn: Bankruptcy Processing, PO Box 8053, Mason, OH 45040 |
| 5081621 | | Email/Text: bnc-quantum@quantum3group.com | Jan 12 2022 18:46:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 5060425 | | Email/Text: bk@freedomfinancialnetwork.com | Jan 12 2022 18:46:00 | Freedom Plus, 4940 S. Wendler Dr., Ste. 115, Tempe, AZ 85282 |
| 5080190 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 12 2022 18:50:04 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5060470 | + | Email/PDF: rmscedi@recoverycorp.com | Jan 12 2022 18:50:15 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5083528 | | Email/Text: bnc-quantum@quantum3group.com | Jan 12 2022 18:46:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5060430 | | Email/PDF: gecsedi@recoverycorp.com | Jan 12 2022 18:50:25 | Synchrony Bank/CareCredit, Attn: Bankruptcy Dept., P.O. Box 965061, Orlando, FL 32896-5060 |
| 5060431 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jan 12 2022 18:46:00 | Toyota Financial Services, Attn: Bankruptcy Dept., P.O. Box 8026, Cedar Rapids, IA 52408 |

TOTAL: 12

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5060426 | *+ | Karen Ann Camasse, 13 Brandenberg Lane, Pittston, PA 18640-2103 |
| 5060429 | *+ | Robert S. Camasse, 13 Brandenberg Lane, Pittston, PA 18640-2103 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2022            Signature:            /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com |
| Sherri Smith | on behalf of Creditor Freedom Mortgage Corporation ssmith@pincuslaw.com  brausch@pincuslaw.com |
| Thomas Song | on behalf of Creditor FREEDOM MORTGAGE CORPORATION tomysong0@gmail.com |
| Tullio DeLuca | on behalf of Debtor 2 Karen Ann Camasse tullio.deluca@verizon.net |
| Tullio DeLuca | on behalf of Debtor 1 Robert S. Camasse tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Robert S. Camasse, <br> aka Robert Sandy Camasse, aka Robert Camasse, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:18−bk−02002−MJC |
| Karen Ann Camasse, <br> aka Karen A. Camasse, aka Karen Camasse, | | |
| **Debtor 2** | | |

Social Security No.:
            xxx−xx−1230        xxx−xx−9067

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Robert S. Camasse and Karen Ann Camasse** in accordance with §1328 of the Bankruptcy Code.

Dated: January 12, 2022

By the Court,

Honorable Mark J. Conway
United States Bankruptcy Judge
By: MichaelMcHugh, Deputy Clerk

**fnldec** (01/22)